[Civil No. 466.]

JOSEPH B. SCOTT, Appellant, v. COUNTY OF PIMA, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. J. D. Bethune, Judge.

Barnes & Martin, for Appellant.

William M. Lovell, District Attorney, for Appellee.

July 10, 1895. Affirmed.

---

[Civil No. 467.]

H. W. RYDER, Appellant, v. HENRY RIXON, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

J. B. Early, for Appellant.

Alexander & Stilwell, for Appellee.

July 10, 1895. Affirmed.

---

[Civil No. 440.]

W. A. DAGGS et al., Appellants, v. HUGH McCRUM, Appellee.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Coconino. J. J. Hawkins, Judge.

R. E. Sloan, L. H. Chalmers, H. Z. Zuck, A. J. Daggs, and P. B. McCabe, for Appellants.

Herndon & Norris, for Appellee.

July 10, 1895. Affirmed.